# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| GARY L. HEIN, JR., and ELIZABETH J. HEIN, Plaintiffs, vs. MERCK & CO., INC., a New Jersey corporation, Defendant. | Case Number: 2004 cv 2248<br>Jury Demanded |

TO: MERCK & CO., INC., a New Jersey corporation C/O CT Corporation System, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604-1101

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

JAMES E. PECKERT
KEHART PECKERT & BOOTH
132 SOUTH WATER STREET
SUITE 200
DECATUR, ILLINOIS 62523

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/John M. Waters
CLERK

11-12-04
DATE

s/S. Porter
(BY) DEPUTY CLERK

CIVSUMM.FRM