E-FILED
Friday, 03 December, 2004   10:55:19 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CARL L. HEIN, JR. and ELIZABETH J. HEIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2004 cv 2248 |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | Jury Demanded |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Comes now Nathan L. Garroway of the law firm of Bryan Cave LLP, and enters his appearance, along with Dan H. Ball of Bryan Cave LLP as attorneys of record for Merck & Co., Inc., in the above cause.

DATED this 3rd day of December 2004.

Respectfully submitted,

BRYAN CAVE LLP

By: /s/ Nathan L. Garroway
Dan H. Ball #06192613
Nathan L. Garroway #50190
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:  314-259-2000
Facsimile:  314-259-2020
E-mail: ngarroway@bryancave.com
         dball@bryancave.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2004, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's Electronic Filing system upon the following:

> James Peckert
> Kehart, Peckert & Booth
> 132 South Water Street, Suite 200
> Post Office Box 860
> Decatur, Illinois 62525-0860

                                          /s/ Nathan L. Garroway