IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| CARL L. HEIN, JR. and ELIZABETH J. HEIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2004 cv 2248 |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | Jury Demanded |
| Defendant. | ) | |

**AGREED MOTION FOR AN
EXTENSION OF TIME TO ANSWER, MOVE,
OR OTHERWISE REPLY**

Pursuant to L. Civ. R. 6.1, an agreed motion is hereby made for an Order extending time within which defendant MERCK & CO., INC. ("Merck"), may answer, move or otherwise reply to the Complaint filed by plaintiffs herein:

1. This action was filed on approximately November 12, 2004.

2. To best of counsel's knowledge, service of process was effected on defendant Merck on approximately November 23, 2004. Pursuant to F.R.C.P. 12, Merck's responsive pleading is due on approximately December 13, 2004.

3. The parties have communicated by telephone conference and agree that Merck shall have until January 12, 2004, to answer, move or otherwise reply to the Complaint.

4. Nothing in this agreed motion shall constitute a waiver of any defenses, rights or objections Merck may have.

5.       A proposed order is attached hereto to this stipulation as Attachment A.

      Respectfully submitted,

      BRYAN CAVE LLP

      By: /s/ Nathan L. Garroway
      Dan H. Ball #06192613
      Nathan L. Garroway #50190
      One Metropolitan Square
      211 North Broadway, Suite 3600
      St. Louis, Missouri 63102
      Telephone:  314-259-2000
      Facsimile:  314-259-2020
      E-mail:   ngarroway@bryancave.com
                dball@bryancave.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GARL L. HEIN, JR. and ELIZABETH J. HEIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2004 cv 2248 |
| MERCK & CO., INC., | ) | |
| | ) | Jury Demanded |
| Defendant. | ) | |

**ORDER**

Merck & Co., Inc., shall have until January 12, 2004, to answer, move or otherwise reply to the Complaint.

**SO ORDERED** this _____ day of December, 2004, in Urbana, Illinois

By:_____