**E-FILED**
Friday, 03 December, 2004  11:11:34 AM
Clerk, U.S. District Court, ILCD

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2004, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's Electronic Filing system upon the following:

> James Peckert
> Kehart, Peckert & Booth
> 132 South Water Street, Suite 200
> Post Office Box 860
> Decatur, Illinois 62525-0860

      /s/ Nathan L. Garroway