E-FILED
Thursday, 23 December, 2004 03:30:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GARY L. HEIN, JR. and ELIZABETH J. HEIN, <br><br> Plaintiffs, <br><br> V. <br><br> MERCK & CO., INC., <br><br> Defendant. | No. 2004 cv 2248 |

## [PROPOSED] ORDER GRANTING STAY

On the motion of Defendant Merck & Co., Inc. for a temporary stay of all proceedings pending a decision by the Judicial Panel on Multidistrict Litigation on the petition for transfer and coordination of the VIOXX®-related securities, ERISA, and shareholder derivative actions pending in federal court, for good cause shown, it is ORDERED as follows:

1. The motion to stay these proceedings is GRANTED.

2. This action is stayed pending resolution of the MDL petition.

3. Defendant shall not be required to answer, move or otherwise reply to the complaint until a reasonable time, but not less than sixty days, after a decision is issued by the JPML (or as otherwise ordered by a transferee court if an MDL is established).

Dated: _____      _____
                                    Hon. Harold A. Baker, U.S.D.J.