IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID P. BERLIEN, Individually and on Behalf of All Others Similarly Situated** | : : : : | **CIVIL ACTION** NO.  04-4657 |
| vs. | : : | |
| **MERCK & CO., INC.** | : : | |
| **RAYMOND V. GILMARTIN** | : : | |
| **PETER S. KIM** | : | |

## ORDER

**AND NOW**, this 23rd day of November, 2004, it appearing that a motion to transfer is pending before the Judicial Panel on Multidistrict Litigation, it is **ORDERED** that all proceedings in this action are **STAYED** pending disposition of the motion.

BY THE COURT:

    S/Timothy J. Savage, J
TIMOTHY J. SAVAGE,  J.