**E-FILED**
Monday, 28 February, 2005  03:16:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GARY L. HEIN, JR. and ELIZABETH J. HEIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2004 cv 2248 |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

**AGREED MOTION FOR AN EXTENSION OF TIME
UNTIL APRIL 13, 2005 TO ANSWER, MOVE, OR OTHERWISE REPLY**
_____

Pursuant to L. Civ. R. 6.1, an agreed motion is hereby made for an Order

extending time within which defendant, MERCK & CO., INC. ("Merck"), may answer,

move, or otherwise reply to the Complaint filed by plaintiffs herein until April 13, 2005:

1.    This action was filed on approximately November 12, 2004.

2.    Service of process was effected on defendant Merck on approximately

November 23, 2004.  Pursuant to the Federal Rules of Civil Procedure, Merck's

responsive pleading was originally due on approximately December 13, 2004.

3.    In December 2004, the parties communicated by telephone conference and

agreed that Merck would have until January 12, 2004, to answer, move or otherwise reply

to the Complaint.

4.    On December 23, 2004, Merck filed a Motion to Temporarily Stay or in

the Alternative to Extend the Time in Which to Respond to Plaintiffs' Complaint to

March 14, 2005.  On December 29, 2004, this Court granted Merck's request for an

extension of time until March 14, 2005, and denied the motion to temporarily stay the proceeding.

5.      On February 23, 2005, the Judicial Panel on Multidistrict Litigation ("Panel") issued an order transferring  VIOXX®-related securities, shareholder derivative, and ERISA lawsuits to the United States District Court for the District of New Jersey, with the consent of that court, for coordinated or consolidated pretrial proceedings.  See Attachment A.  The Panel also indicated that this case was to be treated as a potential tag-along action.  Id. at n.1.

6.      Accordingly, Merck respectfully requests 30 additional days from March 14, 2005, until April 13, 2005, to answer or otherwise respond to plaintiffs' Complaint so that the transfer process to the District of New Jersey can be finalized.

7.      Counsel for plaintiffs does not oppose this request for additional time.

8.      A proposed order is attached hereto to this agreed Motion as Attachment B.

Respectfully submitted,

By: s/ Nathan L. Garroway
Dan H. Ball #06192613
Nathan L. Garroway #50190
Attorneys for Defendant
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:  314-259-2000
Facsimile:  314-259-2020
E-mail:    ngarroway@bryancave.com
              dball@bryancave.com

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on February 28, 2005, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

        James Peckert
        Kehart, Peckert & Booth
        132 South Water Street, Suite 200
        Post Office Box 860
        Decatur, Illinois 62525-0860
        Email: jep@kehart.com

        s/ Nathan L. Garroway
        Nathan L. Garroway #50190
        Attorneys for Defendant
        BRYAN CAVE LLP
        One Metropolitan Square
        211 North Broadway, Suite 3600
        St. Louis, Missouri 63102
        Telephone:  314-259-2000
        Facsimile:  314-259-2020
        E-mail:    ngarroway@bryancave.com