**E-FILED**
Monday, 28 February, 2005  03:17:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GARL L. HEIN, JR. and ELIZABETH J. HEIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2004 cv 2248 |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

## ORDER
_____

Merck & Co., Inc., shall have until April 13, 2005, to answer, move, or otherwise reply to the Complaint.

**SO ORDERED** this _____ day of March, 2005, in Urbana, Illinois

By:_____