E-FILED
Tuesday, 22 March, 2005 11:22:09 AM
Clerk, U.S. District Court, ILCD

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 14 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1658

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

04-2248

IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "E**RECEIVED**
LITIGATION

(SEE ATTACHED SCHEDULE)

MAR 21 2005

CONDITIONAL TRANSFER ORDER (CTO-1)

U.S. CLERK'S OFFICE
URBANA, IL

On February 23, 2005, the Panel transferred eight civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Stanley R. Chesler.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Chesler.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 23, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Stanley R. Chesler.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1658
## IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION

**DISTRICT  DIV. C.A.#**

ILLINOIS CENTRAL
   ILC    2  04-2248        Gary L. Hein, Jr., et al. v. Merck & Co., Inc.

LOUISIANA EASTERN
   LAE   2  04-3024      Melissa Daniel Patterson, etc. v. Merck & Co., Inc., et al.
   LAE   2  04-3206      Naomi Raphael v. Merck & Co., Inc., et al.
   LAE   2  04-3278      Park East, Inc. v. Merck & Co., Inc., et al.
   LAE   2  04-3294      Loren Arnoff v. Merck & Co., Inc., et al.
   LAE   2  04-3448      David P. Berlien, et al. v. Merck & Co., Inc., et al.
   LAE   2  04-3478      Joseph S. Fisher, M.D. v. Merck & Co., Inc., et al.
   LAE   2  04-3515      Robert Edwin Burns, et al. v. Merck & Co., Inc., et al.
   LAE   2  05-59         Betty A. Alexander, et al. v. Merck & Co., Inc.
   LAE   2  05-208       Robert Nalett v. Merck & Co., Inc., et al.