E-FILED
Monday, 04 April, 2005 02:08:02 PM
Clerk, U.S. District Court, ILCD

MAR 1 4 2005

FILED
CLERK'S OFFICE

## *DOCKET NO. 1658*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA"* RECEIVED
## *LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

APR 0 4 2005

### *CONDITIONAL TRANSFER ORDER (CTO-1)*

U.S. CLERK'S OFFICE
URBANA, IL

On February 23, 2005, the Panel transferred eight civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Stanley R. Chesler.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Chesler.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 23, 2005,
_____ F.Supp.2d _____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Stanley R. Chesler.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 3 0 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SCHEDULE CTO-1 - TAG ALONG ACTIONS**
**DOCKET NO. 1658**
**IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION**

**DISTRICT  DIV. C.A.#**

ILLINOIS CENTRAL
  ILC    2   04-2248          Gary L. Hein, Jr., et al. v. Merck & Co., Inc.

LOUISIANA EASTERN
  LAE    2   04-3024          Melissa Daniel Patterson, etc. v. Merck & Co., Inc., et al.
  LAE    2   04-3206          Naomi Raphael v. Merck & Co., Inc., et al.
  LAE    2   04-3278          Park East, Inc. v. Merck & Co., Inc., et al.
  LAE    2   04-3294          Loren Arnoff v. Merck & Co., Inc., et al.
  LAE    2   04-3448          David P. Berlien, et al. v. Merck & Co., Inc., et al.
  LAE    2   04-3478          Joseph S. Fisher, M.D. v. Merck & Co., Inc., et al.
  LAE    2   04-3515          Robert Edwin Burns, et al. v. Merck & Co., Inc., et al.
  ~~LAE    2   05-59          Betty A. Alexander, et al. v. Merck & Co., Inc.~~ Vacated 3/23/05
  LAE    2   05-208          Robert Nalett v. Merck & Co., Inc., et al.

# INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1658
## IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION

Sean D. Alfortish
Law Office Of Sean D. Alfortish
1112 5th Street
Gretna, LA 70053

Michael R. Allweiss
Lowe, Stein, Hoffman, Allweiss
  & Hauver
One Shell Square
701 Poydras Street
Suite 3600
New Orleans, LA 70139-7735

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Stuart L. Berman
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

James R. Dugan, II
Dugan & Browne
3500 N. Hullen Street
Metairie, LA 70002

Carol V. Gilden
Much, Shelist, Freed, et al.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606-1615

Deborah R. Gross
Law Offices of Bernard M. Gross, P.C.
1515 Locust Street
2nd Floor
Philadelphia, PA 19102

Robert I. Harwood
Wechsler, Harwood, LLP
488 Madison Avenue
Suite 801
New York, NY 10022

Lewis S. Kahn
Kahn Gauthier Law Group, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

William S. Lerach
Lerach Coughlin Stoia Geller Rudman
  & Robbins
401 B Street, Suite 1700
San Diego, CA 92101-4297

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963-3252

Gregory M. Nespole
Wolf Haldenstein Adler Freeman
  & Herz LLP
270 Madison Avenue
New York, NY 10016

Eric J. O'Bell
Fayard & Honeycutt
506 Florida Avenue, Southwest
Denham Springs, LA 70726

James E. Peckert
Peckert & Booth
132 S. Water Street
Suite 200
P.O. Box 860
Decatur, IL 62525-0860

Richard C. Stanley
Stanley, Flanagan & Reuter
909 Poydras Street
LL&E Tower
Suite 2500
New Orleans, LA 70112

Lionel Howard Sutton, III
Sutton Law Firm
610 Barrone Street
New Orleans, LA 70113

Alan A. Zaunbrecher
Law Office Of Alan A. Zaunbrecher
Lakeway II
3850 N. Causeway Boulevard
Suite 1045
Metairie, LA 70002