# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
MITCHELL H. COHEN U.S. COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS, ROOM 1050
CAMDEN, NEW JERSEY 08101

WILLIAM T. WALSH
CLERK

**TRENTON OFFICE**
CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET, ROOM 2020
TRENTON, NJ 08608

April 6, 2005

**REPLY TO: TRENTON**

Clerk, Central District of Illinois
**Rock Island Division**
40 U.S. Courthouse
211 19th Street
Rock Island, Illinois 61201

    IN RE:    MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION
    **MDL 1658**
    **NJ MASTER DOCKET: CIVIL 05-1151(SRC)**

**Dear Sir or Madame:**

Reference the above multidistrict litigation, please find enclosed a certified copy of the Order of the Judicial Panel for Multidistrict Litigation for Transfer of the following case to the District of New Jersey:

| *PLAINTIFF'S NAME* | *EDLA DOCKET NO.* | *NEW JERSEY'S DOCKET NO.* |
|---|---|---|
| GARY L. HEIN, JR. | 2:04-3024 | **3:05-1818(SRC)** |

When sending your files please mark your case with the corresponding District of New Jersey Docket Number. Thank you.

If we may of any further assistance please do not hesitate to contact the undersigned at (609) 989-2058.

    Very truly yours,

    William T. Walsh, Clerk

by _____
    Michael D. Shanklin, Deputy Clerk

cc: Hon. Stanley R. Chesler, USDJ
    Hon. Michael J. Beck, Clerk MDL Panel

FILED
APR 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Civil 05-1818(SRC)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 4 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1658

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

RECEIVED
APR 6 2005
AT 8:30
WILLIAM T. WALSH

On February 23, 2005, the Panel transferred eight civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Stanley R. Chesler.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Chesler.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 23, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Stanley R. Chesler.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 3 0 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1658
## IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION

**DISTRICT  DIV. C.A.#**

ILLINOIS CENTRAL
    ILC    2  04-2248        Gary L. Hein, Jr., et al. v. Merck & Co., Inc.

LOUISIANA EASTERN
    LAE   2  04-3024        Melissa Daniel Patterson, etc. v. Merck & Co., Inc., et al.
    LAE   2  04-3206        Naomi Raphael v. Merck & Co., Inc., et al.
    LAE   2  04-3278        Park East, Inc. v. Merck & Co., Inc., et al.
    LAE   2  04-3294        Loren Arnoff v. Merck & Co., Inc., et al.
    LAE   2  04-3448        David P. Berlien, et al. v. Merck & Co., Inc., et al.
    LAE   2  04-3478        Joseph S. Fisher, M.D. v. Merck & Co., Inc., et al.
    LAE   2  04-3515        Robert Edwin Burns, et al. v. Merck & Co., Inc., et al.
    ~~LAE   2  05-59~~        ~~Betty A. Alexander, et al. v. Merck & Co., Inc.~~ Vacated 3/23/05
    LAE   2  05-208        Robert Nalett v. Merck & Co., Inc., et al.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk