

**E-FILED**
Wednesday, 13 April, 2005  02:34:48 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
**218 U.S. COURTHOUSE**
**201 S. VINE STREET**
**URBANA, ILLINOIS 61802**

April 13, 2005

William T. Walsh, Clerk
U S District Court, District of New Jersey
Clarkson S. Fisher U. S. Courthouse
402 East State Street, Room 2020
Trenton, NJ  08608

RE:    MERCK & CO., INC.
       MDL 1658
       Illinois Central District Court:  2:04-CV-2248; Gary Hein, et al v. Merck & Co. Inc.
       New Jersey District Court: Civil:  3:05-1818 (SRC)

Dear Clerk:

On April 12, 2005, the Order of the Judicial Panel for Multidistrict Litigation for Transfer of the above case
was filed in our court.  Enclosed is a certified copy of the docket sheet.  This court is using the electronic
filing system.  You may access our electronic case file at the following address:  http://ecf.ilcd.uscourts.gov
to obtain the remaining documents.  We have assigned a login and password for district courts to use in
accessing this information.

This login and password should not be shared with anyone other than federal court personnel who have a
need to access our electronic case file system.  You will need Adobe Acrobat Reader loaded on your
computer in order to view the documents.  If you need any further information with regard to this matter,
please contact our office.

Please acknowledge receipt of the docket by returning a copy of this letter.  Thank you.

Very truly yours,

John M. Waters, Clerk

By: s/S. Porter
S. Porter, Deputy Clerk
Enc.

Receipt Acknowledged on _____ by _____