E-FILED
Thursday, 16 June, 2005  03:46:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| GARY L. HEIN, JR. and ELIZABETH J. HEIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2004 cv 2248 |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | Jury Demanded |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

Comes now Nathan L. Garroway of the law firm of Bryan Cave LLP and respectfully requests this Court for leave to withdrawal as counsel of record.  Mr. Garroway will be departing Bryan Cave LLP on June 30, 2005.  Bryan Cave LLP and Dan H. Ball will remain counsel of record in this case.

DATED this 16th day of June 2005.

                                                  Respectfully submitted,

                                                  By: s/ Nathan L. Garroway
Dan H. Ball #06192613
Nathan L. Garroway #50190
Attorneys for Defendant
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:  314-259-2000
Facsimile:  314-259-2020
E-mail:    ngarroway@bryancave.com
           dball@bryancave.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2005, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James Peckert
>Kehart, Peckert & Booth
>132 South Water Street, Suite 200
>Post Office Box 860
>Decatur, Illinois 62525-0860
>Email: jep@kehart.com

>s/ Nathan L. Garroway
>Nathan L. Garroway #50190
>Attorneys for Defendant
>BRYAN CAVE LLP
>One Metropolitan Square
>211 North Broadway, Suite 3600
>St. Louis, Missouri 63102
>Telephone:  314-259-2000
>Facsimile:  314-259-2020
>E-mail:    ngarroway@bryancave.com